IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

Vladik S Uchikura,

No. CV-22-00002-PHX-DLR

Plaintiff, ORDER

v.

Willis Towers Watson Call Center, et al.,

Defendants.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT
REFERENCE  LRCwP S.4
(Rule Number/Section)

STIPULATION FOR EXTENSION OF TIME TO ANSWER (First Request).

MOTION(S) FOR REASONABLE ACCOMMODATION(S) OF COURT PRACTICES AND PROCEDURES (First Request).

The plaintiff's position is as follows;

Your Honorable Judge Douglas Rayes,

I am unfortunately undergoing life events presenting difficulties and hardships, making it extremely physically challenging to complete the tasks you have ordered in your prior motion. I have been homeless since August 13, 2021 and have been living out of a hotel

since. As of January 30, 2022, we were informed that the rates will be going up. I was able to work with somebody on February 11, 2022 to lock in my rates that I have been paying since November 2021. However, as of March 17, 2022, the Hotel has informed us that there is no guarantee that the rates will remain the same, and are highly likely to go up. Therefore, I am working heavily with my city, county, state, other organizations, and HUD to address my housing situation and needs. Furthermore, my wheelchairs need repairs that I must schedule sometime before March 17, 2022 to address my wheelchair situation and needs, which is essential for my mobility.

It is hereby stipulated by the plaintiff/pro se litigant am asking (motion the court) for reasonable accommodations and/or modification(s) to the practices and procedures of the court room by allowing me the plaintiff/pro se litigant extra time to complete/answer to the amendment of my plea, as well as serving the summons, responding to your Honorable Judge Douglas Rayes court order(s). Therefore, the last day for the plaintiff/pro se litigant to answer/respond to the court order(s) of your Honorable Judge Douglas Rayes is Monday, May 30th, 2022.

In addition, I the plaintiff motion the court/request of to have Your Honorable Judge Douglas Rayes appoint me a court order processor to serve the summons; as the defendants place of business is completely inaccessible and is in violation and noncompliance of the ADA law for those with physical impairments and require the use of mobility equipment. I, the plaintiff, am in a position where I cannot physically access

the defendants' place of business to serve the summons.

I further request (motion the court) a reasonable accommodation and/or modification(s) to allow the plaintiff to make multiple motion(s) and/or request(s) and/or arguments in the same plea and/or motion. As I the plaintiff/pro se litigant am in a medical condition where it is physically taxing for me to compose letters and request(s)/answer(s)/response(s) in separate motion(s)/answer(s)/response(s). I'm heavily dependent and reliant on speech recognition/dictation software to do this type of work, therefore, the above requested accommodation/modification(s) is a much more conducive approach and is easier for the plaintiff/pro se litigant to respond with and work to.

I the plaintiff am requesting (motion the court) to be able to request that the plaintiff is able to attend the court hearings virtually, due to my physical mobility as well as my health condition making me more vulnerable to the COVID-19 pandemic.

I the plaintiff further request (motion the court) to use the extension I am requesting for up until May 30, 2022, as the time to retain an employment law attorney who can assist, or if I am able to request (motion in court) to have the court appoint me an attorney as I cannot afford one and am having difficulties finding one willing to work with me based on my financial situation. I the plaintiff am requesting (motion the court) my deadline to be extended to May 30, 2022.

Therefore, the last day for the plaintiff/pro se litigant to answer/respond to the court order(s) of your Honorable Judge Douglas Rayes is Monday, May 30th, 2022. Thank you for taking the time to review this. Should there be any questions or concerns, please do not hesitate to contact me directly at the contact information provided, as that is the easiest method of communication for me.

Yours Truly,

Vladik Uchikura



MAYO CLINIC  5777 East Mayo Boulevard
Phoenix, Arizona 85054

480-515-6296
mayoclinic.org

Vladik Uchikura
2753 E Broadway Rd Ste 101-259
Mesa AZ 85204

October 22, 2021
RE: Vladik Uchikura

DOB: ████ 1997

To Whom It May Concern:

    Vladik Uchikura suffers from a disability that is lifelong and will require continued medical care. He is currently being referred to an outside team to help manage his care. Please direct any questions to the undersigned.

Sincerely,

*[signature]*

Chance Moyer, P.A.-C., M.S.
Division of Community Internal Medicine, Mayo Clinic Building (SCT 1), in Scottsdale, Arizona
13400 E SHEA BLVD
SCOTTSDALE AZ 85259-5452
Dept: 480-301-8087


no additional recipients